AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

CARLOS MAURICIO URQUIDI

**WARRANT FOR ARREST**

CASE NUMBER: 0 7 - 6 4 5 - M - 0 1

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CARLOS MAURICIO URQUIDI
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

**FILED**

DEC 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an agent of Pan American Development Foundation, an organization, said organization receiving in each of the one year periods beginning 1-1-01, 1-1-02, 1-1-03, 1-1-04, 1-1-05 and 1-1-06, benefits in excess of $10,000 under two United States Agency for International Development (USAID) cooperative agreements, embezzled, stole, obtained by fraud, intentionally misapplied and without authority knowingly converted to the use of a person not the rightful owner property worth at least $214,800 and owned by and under the care, custody and control of Pan American Development Foundation.

In violation of Title  18  United States Code, Section(s) 666, 2 .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

DEC 14 2007    District of Columbia
Date and Location

Bail fixed at $ _____    by _____
                                        Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED<br>12/14/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephone Owens, DSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
| DATE OF ARREST<br>12/17/07 | | |